UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 11CR1203-WQH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE |
| ANDREW RANGEL, | ) | |
| Defendants. | ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the indictment against Defendant Andrew Rangel be dismissed without prejudice.

DATED: June __, 2012

WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE